| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

VON L. OVERSTREET, §
§
      Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:06-CV-263
§
STEVE MORRIS, §
§
      Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Von L. Overstreet, a prisoner confined within the Bureau of Prisons, proceeding *pro se*, filed this civil rights lawsuit.

The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning a motion for injunctive relief filed by the plaintiff. The magistrate judge recommends the motion be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

## **ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion for injunctive relief is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of September, 2007.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE